175 F.3d 1010
 Anne Corr, by Her Parents and Next Friends, Patrick and Judith Corr
v.
North Hills School District, John Esaias, Individually and
in His Official Capacity as Superintendent, North Hils
School District, Richard Santillo, Individually and in His
Official Capacity as Assistant Superintendent, North Hills
School District, Rita Neu, Individually and in Her Official
Capacity as Director of Special Education, North Hills
School District, Michael Bishop, Individually and in His
 NO. 98-3274
 United States Court of Appeals,
 Third Circuit.
 February 24, 1999
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.